PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  1:05CR00463-01** |
| ) | |
| **Maria De Jesus PRADO** ) | |
| ) | |

On May 20, 1997, in the Western District of Texas, the above-named was sentenced to 70 months custody of the Bureau of Prisons with a 5-year term of supervised release to follow, which commenced on July 22, 2002.  She has complied with the rules and regulations of supervision.  It is accordingly recommended that Maria De Jesus Prado be discharged from supervision.

Respectfully submitted,

/s/ Phil R. Hendley, Jr.

**Phil R. Hendley, Jr.
United States Probation Officer**

Dated:       April 2, 2007
             Modesto, California
             PRH/lr

**REVIEWED BY:**     /s/ Deborah A. Spencer
                    **Deborah A. Spencer
                    Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:    Maria De Jesus PRADO**
**Docket Number:   1:05CR00463-01**
**ORDER TERMINATING SUPERVISED RELEASE**
<u>**PRIOR TO EXPIRATION DATE**</u>

---

## ORDER OF COURT

It is ordered that Maria De Jesus Prado be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   April 2, 2007**                          /s/ Anthony W. Ishii
0m8i78                                      UNITED STATES DISTRICT JUDGE